No. 10-5344. Vanessa Maria Quintero, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.

562 U.S. 916, 131 S. Ct. 394, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6910.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5346. Alexander Nodarse, Petitioner v. Barack H. Obama, President of the United States, et al.

562 U.S. 916, 131 S. Ct. 281, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6931.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5347. Theodore Dade, Jr., Petitioner v. Department of Commerce.

562 U.S. 916, 131 S. Ct. 281, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6948.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 368 Fed. Appx. 122.

No. 10-5348. Rodriguez Samuel Da Matha De Santanna, Petitioner v. Uhaul Company of Metro DC.

562 U.S. 916, 131 S. Ct. 281, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6867.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-5351. William Larry Weaver, Petitioner v. Steve Bullock, Attorney General of Montana, et al.

562 U.S. 916, 131 S. Ct. 282, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6944.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 869.

No. 10-5352. Ron Herndon, Petitioner v. United States.

562 U.S. 916, 131 S. Ct. 282, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 6856.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 978 A.2d 1211.

No. 10-5353. Francisco F. Velarde, Petitioner v. California.

562 U.S. 917, 131 S. Ct. 282, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 7110.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.